**FILED**

OCT 31 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

In the Matter of the Search of:

Samsung Galaxy S7 Edge Model SM-G935V Cellular Telephone with IMEI 359471070474077

MJ-17-52-M-JCL

ORDER

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 31st day of October, 2017.

Jeremiah C. Lynch
United States Magistrate Judge